UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Madeline Pavek, Ethan Sykes, DSCC, and DCCC,<br><br>  Plaintiffs,<br><br>vs.<br><br>Steve Simon, in his official capacity as the Minnesota Secretary of State,<br><br>  Defendant. | Civil No. 19-CV-3000 (SRN/DTS)<br><br>**DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Steve Simon, in his official capacity as the Minnesota Secretary of State, respectfully moves the Court for an order dismissing all claims in Plaintiffs' Complaint for failure to state a claim upon which relief can be granted.

This motion is based on the Memorandum of Law filed herewith, and on all the files, records, and proceedings herein.

Dated: December 27, 2019

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Nathan J. Hartshorn**
NATHAN J. HARTSHORN
Assistant Attorney General
Atty. Reg. No. 0320602

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
(651) 757-1252 (Voice)
(651) 297-1235 (Fax)
nathan.hartshorn@ag.state.mn.us

ATTORNEY FOR DEFENDANT STEVE SIMON, IN HIS OFFICIAL CAPACITY AS THE MINNESOTA SECRETARY OF STATE