# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| MADELINE PAVEK, ETHAN SYKES, DSCC, and DCCC,<br>         *Plaintiffs*,<br><br>v.<br><br>STEVEN SIMON, in his official capacity as the Minnesota Secretary of State,<br>         *Defendant*. | Case No. 0:19-cv-03000-SRN-DTS |

## MEET-AND-CONFER STATEMENT

  I, Thomas H. Boyd, representing proposed amicus curiae Honest Elections Project, hereby certify that I met and conferred with Plaintiffs and Defendant by emailing Marc Elias and Nathan Hartshorn on March 3, 2020, to discuss whether they consent to the Project's motion for leave to file an amicus brief. That same day, Plaintiffs responded "We oppose." Defendant did not respond. I followed up with Defendant by calling Mr. Hartshorn on March 9, 2020, who authorized me to report that Defendant does not object to the Project's motion.

Respectfully submitted,

Dated: March 13, 2020

*s/ Thomas H. Boyd*
Thomas H. Boyd, #0200517
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
(612) 604-6400
tboyd@winthrop.com

William S. Consovoy (pro hac vice forthcoming)
Jeffrey M. Harris (pro hac vice forthcoming)
Cameron T. Norris (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Honest Elections Project*