UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MADELINE PAVEK, ETHAN SYKES, DSCC, and DCCC,<br>*Plaintiffs*,<br><br>v.<br><br>STEVEN SIMON, in his official capacity as the Minnesota Secretary of State,<br>*Defendant*,<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, and REPUBLICAN PARTY OF MINNESOTA,<br>[*Proposed*] *Intervenor-Defendants*. | Case No. 0:19-cv-03000-SRN-DTS |

**MOTION TO INTERVENE AS DEFENDANTS**

Movants, Donald J. Trump for President, Inc., the Republican National Committee, the National Republican Senatorial Committee, the National Republican Congressional Committee, and the Republican Party of Minnesota, seek to intervene as defendants in this case under Federal Rules of Civil Procedure 24(a) and (b). This motion is accompanied by a memorandum of law that explains why Movants are entitled to intervention as of right and permissive intervention.

Because Movants seek to appeal this Court's preliminary-injunction order Movants respectfully ask for a decision on this motion by **Friday, June 26, 2020**.

1

Dated: June 22, 2020

Respectfully submitted,

  /s/ *Richard G. Morgan*
Richard G. Morgan
LEWIS BRISBOIS
90 South 7th Street
Suite 2800
Minneapolis, MN 55402
612-428-5000
612-428-5001 (fax)
richard.morgan@lewisbrisbois.com

*Counsel for Proposed Intervenor-Defendants Donald J. Trump for President, Inc., RNC, NRSC, NRCC, and Republican Party of Minnesota*