# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Madeline Pavek, Ethan Sykes, DSCC, and DCCC,<br><br>Plaintiffs,<br><br>v.<br><br>Steven Simon, in his official capacity as the Minnesota Secretary of State,<br><br>Defendant. | Case No. 19-cv-3000 (SRN/DTS)<br><br>**ORDER** |

Alexi Machek Velez, Jyoti Jasrasaria, and Marc E. Elias, Perkins Coie LLP, 700 13th Street, N.W., Suite 600, Washington, D.C., 20005-3960; Kevin J. Hamilton, Perkins Coie LLP, 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3099; Katherine M. Swenson and Sybil L. Dunlop, Greene Espel PLLP, 222 South 9th Street, Suite 2200, Minneapolis, MN 55402, for Plaintiffs.

Nathan J. Hartshorn, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1800, Saint Paul, MN 55101-2134, for Defendant.

Cameron Thomas Norris, Jeffrey M. Harris, and William S. Consovoy, Consovoy McCarthy PLLC, 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209; Thomas H. Boyd, Winthrop & Weinstine, PA, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402-4629, for Amicus Curiae Honest Elections Project.

Richard G. Morgan, Lewis Brisbois, 90 South 7th Street, Suite 2800, Minneapolis, MN 55402, for Movants.

SUSAN RICHARD NELSON, United States District Judge

      This matter is before the Court on Donald J. Trump for President, Inc.'s, Republican National Committee's, National Republican Senatorial Committee's, National Republican Congressional Committee's, and Republican Party of Minnesota's (together, Proposed

Intervenor-Defendants) Motion for Leave to File a Reply Brief (Doc. No. 80) in support of their motion (Doc. No. 65) to intervene as defendants. The Court hereby **GRANTS** Proposed Intervenor-Defendants' Motion for Leave to File a Reply Brief (Doc. No. 80). Any such reply may be no more than five pages, and is due no later than Tuesday, July 7, 2020.

**IT IS SO ORDERED.**

Dated: July 1, 2020                           s/Susan Richard Nelson
                                              Susan Richard Nelson
                                              United States District Judge