## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Madeline Pavek, Ethan Sykes, DSCC, and
DCCC,

        Plaintiffs,

    v.

Steve Simon, in his official capacity as the
Minnesota Secretary of State,

        Defendant.

Case No. 19-CV-3000 (SRN/DTS)


**ORDER**

---

This matter is before the Court upon the Notice filed by Plaintiff of its

voluntary dismissal of this matter pursuant to Fed. R. Civ. P.  41(a)(1)(A)(i).

Accordingly, this action is DISMISSED, without prejudice, and with each

party to bear their own costs, disbursements, and attorneys' fees.


BY THE COURT:


Dated: August 26, 2020         s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge