# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2814

_____

Madeline Pavek; Ethan Sykes; DSCC; DCCC

Plaintiffs - Appellees

v.

Steve Simon, In his official capacity as the Minnesota Secretary of State

Defendant - Appellee

Donald J. Trump for President, Inc.; Republican National Committee; National Republican Senatorial Committee; National Republican Congressional Committee; Republican Party of Minnesota

Intervenors below - Appellants

_____

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-03000-SRN)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

Appellees' motion to dismiss is denied as moot.

The Court's mandate shall issue forthwith.

September 18, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans