# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2814

Madeline Pavek, et al.

Appellees

v.

Steve Simon, In his official capacity as the Minnesota Secretary of State

Appellee

Donald J. Trump for President, Inc., et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-03000-SRN)

---

**MANDATE**

In accordance with the judgment of 09/18/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 18, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit