# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2410

_____

Madeline Pavek; Ethan Sykes; DSCC; DCCC

Plaintiffs - Appellees

v.

Steve Simon, In his official capacity as the Minnesota Secretary of State

Defendant - Appellee

v.

Donald J. Trump for President, Inc.; Republican National Committee; National Republican Senatorial Committee; National Republican Congressional Committee; Republican Party of Minnesota

Intervenors below - Appellants

------------------------------

Honest Elections Project; State of Texas; State of Georgia; State of West Virginia

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-03000-SRN)

_____

## JUDGMENT

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

Appellees' Motion to Dismiss this Interlocutory Appeal as moot has been considered and is granted. The Intervenors' Motion for Summary Reversal is denied. This case is remanded to the district court with instructions to vacate its preliminary injunction as moot.

September 21, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans